In the Matter of the Estate of WILLIAM F. PAPPALAU, Deceased.

HARRY PAPPALAU, Appellant; ANNA M. VOLK, as Administratrix of the Estate of WILLIAM F. PAPPALAU, Deceased, Respondent.

Argued January 8, 1942; decided February 26, 1942.

*Borden H. Mills* for appellant.

*John T. DeGraff* and *William F. Conway* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.